371 A.2d 516

Falls v. Wilson, Appellant.

542

Argued September 21, 1976. Ambrose R. Campana, with him Campana & Campana, for appellant; Charles J. McKelvey, with him McNerney, Page, Vanderlin & Hall, for appellee.

Judgment affirmed.